IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAPITAL ONE BANK (USA), N.A.,            No. 3:17-cv-00041-SB

         Plaintiff,                              ORDER

        v.

JAMES E. CLARK,

         Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation [8] on March 27, 2017, in which she recommends that the Court grant Plaintiff's Motion to Remand [4]. Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [8]. Accordingly, Plaintiff's Motion to Remand [4] is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 18 day of April, 2017.

*/s/ Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge